UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., a Florida limited partnership, by and through its general partner WESTGATE RESORTS, INC., a Florida corporation, *et al.*,

    Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,

    Defendants.

CASE NO.: **6:18-cv-01088-GAP-DCI**

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS KEN B. PRIVETT AND KEN B. PRIVETT PLC

Plaintiffs, Westgate Resorts, Ltd.; Westgate Vacation Villas, LLC; Westgate Lakes, LLC; Westgate GV at The Woods, LLC.; Westgate Towers, LLC; Westgate Flamingo Bay, LLC; Westgate Myrtle Beach, LLC; Westgate Palace, LLC; Westgate Vacation Villas Owners Association, Inc.; Westgate Lakes Owners Association, Inc.; Westgate Towers Owners Association, Inc.; Westgate Town Center Owners Association, Inc.; Westgate Towers North Owners Association, Inc.; Westgate River Ranch Owners Association, Inc.; Westgate Palace Owners Association, Inc.; Westgate Flamingo Bay, Las Vegas Owners Association, Inc.; Westgate Historic Williamsburg, Owners Association, Inc.; Westgate Park City Resort & Spa, Owners Association, Inc.; Westgate Myrtle Beach Ocean Front Owners Association, Inc.; Cedar Ridge At The Woods Condominium Owners Association, Inc.; Westgate Branson Woods Owners Association, Inc.; Grand Vista at Emerald Point Condominium Owner's Association, Inc.; Painted Mountain Golf Villas Condominium Association, Inc.; Westgate GV at Emerald Pointe, LLC; Westgate GV at Painted Mountain, LLC, and Westgate Las Vegas Resort, LLC

32218726v2
O2209485.v1

(collectively, "Westgate"), and Defendants, Ken B. Privett and Ken B. Privett PLC (collectively, "Privett"), by and through their respective undersigned attorneys, hereby stipulate and agree to the dismissal with prejudice of any and all claims against Privett in the above-entitled matter, with each of the parties bearing their own attorneys' fees and costs.

DATED:  March 22, 2019

| **DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, PA**<br><br>*/s/ Nichole M. Mooney*<br>Nichole M. Mooney<br>Florida Bar No. 057908<br>Timothy W. Sobczak<br>Florida Bar No. 084707<br>420 S Orange Avenue, Suite 700<br>Orlando, FL 32801<br>Telephone: (407) 428-5110<br>Facsimile:  (407) 423-1831<br>nmooney@deanmead.com<br><br>*Counsel for Defendant Ken B. Privett and Ken B. Privett PLC* | **GREENSPOON MARDER LLP**<br><br>*/s/ Brian R. Cummings*<br>Richard W. Epstein<br>Florida Bar No. 229091<br>Michael E. Marder<br>Florida Bar No. 251887<br>Jeffrey A. Backman<br>Florida Bar No. 662501<br>Brian R. Cummings<br>Florida Bar No. 25854<br>201 East Pine St, Suite 500<br>Orlando, Florida 32801<br>Telephone:  (407) 425-6559<br>Facsimile:  (407) 209-3152<br>Richard.Epstein@gmlaw.com<br>Jeffrey.Backman@gmlaw.com<br>Khia.Joseph@gmlaw.com<br>Maria.Salgado@gmlaw.com<br>Michael.Marder@gmlaw.com<br>Trisha.Snyder@gmlaw.com<br>Brian.Cummings@gmlaw.com<br>Moneka.Simpson@gmlaw.com<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 22nd day of March, 2019.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

/s/ Brian R. Cummings

**SERVICE LIST**

John Y. Benford (john.benford@wilsonelser.com)
**Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
111 N Orange Avenue, Suite 1200
Orlando, FL 32801-2361
Telephone: (407) 203-7599
Facsimile:  (407) 648-1376
*Counsel for Defendant Reed Hein & Associates, LLC,*
*Brandon Reed, Trevor Hein and Thomas Parenteau*

Nichole M. Mooney (nmooney@deanmead.com)
**Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA**
420 S Orange Avenue, Suite 700
Orlando, FL 32801
Telephone: (407) 428-5110
Facsimile:  (407) 423-1831
*Counsel for Defendant Ken B. Privett and Ken B. Privett PLC*

Houston S. Park, III (parkh@kgplp.com)
Robert M. Klein (kleinr@kgplp.com)
Lelia M. Schleier (schleierl@kgplp.com)
**Klein, Glasser, Park & Lowe, P.L.**
9130 S. Dadeland Blvd., Suite 2000
Miami, FL 33516
Telephone: (305) 670-3700
*Counsel for Schroeter, Goldmark & Bender, P.S.,*
*James D. Hailey, and Thomas James Breen*