# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESTGATE RESORTS, LTD., et al.,**

      **Plaintiffs,**

v.                                     Case No:   6:18-cv-1088-Orl-31DCI

**REED HEIN & ASSOCIATES, LLC, SCHROETER GOLDMARK & BENDER, P.S., JAMES D. HAILEY, THOMAS JAMES BREEN, KEN B. PRIVETT PLC, KEN B. PRIVETT, BRANDON REED, TREVOR HEIN and THOMAS PARENTEAU,**

      **Defendants.**

## ORDER

Upon consideration of the Stipulation for Dismissal with Prejudice of Claims against Defendants Ken B. Privett and Ken B. Privett PLC (Doc. 90), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiffs' claims against Ken B. Privett and Ken B. Privett PLC are dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions as to these defendants are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 25, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties