UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., a Florida limited partnership, by and through its general partner WESTGATE RESORTS, INC., a Florida corporation, *et al.*,

        Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,

        Defendants.

_____/

**CASE NO.: 6:18-cv-01088-GAP-DCI**

### PLAINTIFFS' DISCLOSURE OF SUPPLEMENTAL REPORT OF EXPERT WITNESS CHARLES D. COWAN

Pursuant to Federal Rule of Civil Procedure 26(a)(2), and the Court's Amended Case Management and Scheduling Order (DE 115), and endorsed Orders (DE 119, 141), Plaintiffs Westgate Resorts, Ltd, *et al*. hereby provide the Supplement Report of Expert Witness Charles D. Cowan that they may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705, including their Disclosure of Expert Reports containing all information required under Rule 26(a)(2)(B), in addition to those expert witnesses disclosed in their Disclosure of Expert Reports on July 12, 2019, and Supplemental Disclosure of Expert Witnesses and Reports on December 16, 2019, as follows:

1.    **Charles D. Cowan**, PhD
      Analytic Focus LLC
      11467 Huebner Road, Suite 200
      San Antonio, TX 78230-1595
      Supplemental Expert Report (Feb. 14, 2020) with Exhibits (Attached)

DATED Feb. 14, 2020                        Respectfully submitted,

By: *Brian R. Cummings*
RICHARD W. EPSTEIN
(Trial Counsel)
Florida Bar No. 229091
MICHAEL E. MARDER
Florida Bar No. 251887
JEFFREY BACKMAN
Florida Bar No. 662501
BRIAN R. CUMMINGS
Florida Bar No. 25854
GREENSPOON MARDER LLP
201 East Pine St, Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile:  (407) 209-3152

and

200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140

and

401 E. Jackson Street, Suite 1825
Tampa, FL 33602
Telephone: (813) 769-7020
Facsimile: (813) 426-8582

Jeffrey.Backman@gmlaw.com
Khia.Joseph@gmlaw.com
Richard.Epstein@gmlaw.com
Maria.Salgado@gmlaw.com
Michael.Marder@gmlaw.com
Trisha.Snyder@gmlaw.com
Brian.Cummings@gmlaw.com
Moneka.Simpson@gmlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2020, the foregoing Disclosure of Supplemental Report of Expert Witness Charles D. Cowan was served via email on counsel for all parties of record noted in the Service List below.

*/s/ Brian R. Cummings*

**SERVICE LIST**

John Y. Benford (john.benford@wilsonelser.com)
Amy L. Baker (amy.baker@wilsonelser.com)
**Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
111 N Orange Avenue, Suite 1200
Orlando, FL 32801-2361
Telephone: (407) 203-7599
Facsimile:  (407) 648-1376
*Counsel for Defendant Reed Hein & Associates, LLC,*
*Brandon Reed, Trevor Hein and Thomas Parenteau*

43290377

## IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| WESTGATE RESORTS, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> REED HEIN & ASSOCIATES, LLC <br><br> d/b/a TIMESHARE EXIT TEAM, et al., <br><br> Defendants. | Case No.: 6:18-cv-01088-GAP-DCI |

## SUPPLEMENTAL REPORT OF CHARLES D. COWAN, PH.D.

**February 14, 2019**

**1.      Introduction**

1. I was retained by Greenspoon Marder L.L.P., counsel for Plaintiff, Westgate Resorts, Ltd., et al. ("Westgate" or "Plaintiffs"), to select a statistically valid random sample from a set of Westgate's accounts for which the account holder contracted with Reed Hein & Associates, LLC, d/b/a Timeshare Exit Team ("TET" or "Defendants") to exit their timeshare, that defaulted, and which were identified as contributing to damages to Plaintiffs by Plaintiffs' damages expert Mr. Steven A. Wolf in the Wolf Report[1] (the "Damages Accounts" or "Population") so that they could be the subject of a deposition aimed, among other things, at determining whether the account holder defaulted on the account at the instruction or suggestion of Defendants; and (2) to extrapolate to the Population, the proportion of Damages Accounts and damages associated to those, as estimated by Mr. Wolf, for which the deposition responses indicate the account holder defaulted at the instruction or suggestion of Defendants ("Influenced Accounts").

2. On December 16, 2019 I presented a report in this case in which I described the methodology for selecting the sample, and where I presented extrapolations based on the outcomes obtained by counsel's review of transcripts available as of December 16, 2019 ("Sampling Report"). Since that time, additional depositions on sampled accounts have been conducted and additional findings have become available. I was asked by

---

[1] Expert Report of Steven A. Wolf, CPA, CFE, ABV/CFF, ASA, dated July 12, 2019.

counsel to update the extrapolations to incorporate the additional findings. This supplemental report presents the results of the updated extrapolations. The terms used in this report have the same meaning as in the Sampling Report. Likewise, the methodologies employed to extrapolate the sample results here are the same methodologies employed when extrapolating the results presented in the Sampling Report.[2]

**2.     Updated Extrapolation Results for On or After TET Hire Date Population**

3.     At the time I presented the Sampling Report, the number of accounts for which counsel provided a conclusion on whether, based on the account holder testimony, the account should be considered an Influenced account was of 23. As of today that number has increased to 47 accounts. Of those 47 accounts, 43 accounts are accounts that defaulted "On or After TET Hire Date". I extrapolate the conclusions provided by counsel on the 43 "On or After TET Hire Date" accounts[3] to the 591 "On or After TET Hire Date" accounts from which those 43 accounts were selected. The results of the extrapolations

---

[2] The formulas used in extrapolating the results are provided as part of the backup materials to the Sampling Report and to this supplemental report.

[3] The conclusions from counsel were provided to me as a document with two lists of names (names for account holders that stated they were influenced and names for account holders that did not state they were influenced). This document is provided as Appendix 1 to this supplemental report. I used the list of names, to identify the accounts that related to those account holders and that were selected in the sample.

2

are presented in Table 1 below and provide estimates and confidence intervals based on number of accounts and dollar damages.[4]

**Table 1: Extrapolation of Proportion of On or After TET Hire Date Influenced Accounts**

| Type of Estimate | Influenced Account Rate | 95% Lower Bound | 95% Upper Bound |
|---|---|---|---|
| Estimate Based on Number of Accounts | 53.9% | 22.2% | 84.5% |
| Estimate Based on Dollar Damages | 50.0% | 27.0% | 72.3% |

4.    The results provided above indicate that there is 95% chance that the proportion of Influenced Accounts in the "On or After TET Hire Date" account population is between the lower bounds and upper bounds reported in Tables, and there is only a 2.5% chance that the proportion of Influenced Accounts in the "On or After TET Hire Date" group of the Population is lower than the lower bounds reported in the tables.[5]

5.    As noted in Table 1 in section 3.2.1 of the Sampling Report, the majority of the damages in this group are contributed by accounts that defaulted either on Mortgage Only or on both Mortgage and Maintenance.

---

[4] I have also extrapolated the Influenced Account rate in the "On or After TET Hire Date" group ignoring stratification. Those results are provided in Appendix 2 to this report.
[5] The same interpretation can be applied to the values reported in Appendix 2.

6. I reserve the right to amend or supplement my opinions in this report or the Sampling Report should new information become available in this case.

Date: February 14, 2020

_____
Charles D. Cowan, Ph.D.

4

**OUTLINE OF TESTIMONY FROM 47 DWQS FOR CHUCK COWAN**

A. **26 - INSTRUCTIONS/SUGGESTIONS NOT TO PAY TIMESHARE CONTRACTS**

1. DAVID MCDANIEL
2. EDGAR RAYMOND ARNETT
3. ROBERTO MARTINEZ
4. BEN TROWELL JR
5. SHAWNA COCHRAN
6. ARNOLD WAYNE MULLINS
7. ERIC DAMRON
8. CRAIG SPEARS
9. GREGORY JORGENSON
10. EMEKA NICHOLAS
11. GLEN EDWARD GAUGH\
12. SOPHIA ELMORE
13. SUSAN HARDING [ROBINSON]
14. JEFFREY HOWIE
15. ANTHONY KINCAID
16. CATARINA CHAVEZ
17. CHANTELL COGDELL
18. JAMES TRAVIS
19. MARCELITO ARREOLA
20. MARTIN LAWRENCE, JR.
21. PATTIE BURNS
22. RAMCHAND JAIPAUL
23. STEVEN GRAHAM
24. TOMMI JO WINTER
25. VICTOR MENSA-SHEBRA
26. YORLENIS VALENTIN

B. **21 - NO INSTRUCTION OR SUGGESTION NOT TO PAY**

1. RITA KUYKENDALL
2. STEPHEN BUFKIN
3. LUIS MALAVE JR.
4. JEAN CHATWIN
5. SHANE KIRK
6. CHARLES JOHNSTON

7. **VERNON LEACH**
8. **THOMAS ALFRED FENSTERMAKER**
9. **ERIC STEPHENSON**
10. AMBER BARTHOLOW
11. BERNARD LARYEA
12. ARTURO WATSON, SR.
13. DAVID A. RICTOR
14. DAWN HAHN
15. FREDRIC FOSTER
16. HELEN DADE
17. ERNESTINE GASS
18. JENNIFER BARGA
19. LAVERNE CURBEAM TILGHMAN
20. MARTIN MOLCZYK
21. OFELIA GONZALEZ

43233403

**Appendix 2: Extrapolation of Proportion of Influenced Accounts in the On or After TET Hire Date Population Assuming a Simple Random Sample**

| Type of Estimate | Influenced Account Rate | 95% Lower Bound | 95% Upper Bound |
|---|---|---|---|
| Estimate Based on Number of Accounts | 55.8% | 40.5% | 70.4% |
| Estimate Based on Dollar Damages | 50.6% | 35.5% | 65.7% |

1