# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESTGATE RESORTS, LTD., et al.,**

        **Plaintiffs,**

**v.**                                            **Case No:   6:18-cv-1088-Orl-31DCI**

**REED HEIN & ASSOCIATES, LLC, et al.,**

        **Defendants.**

_____

## ORDER

      This matter is before the Court on Defendants' Motion for Partial Summary Judgment on Damages (Doc. 163), Plaintiffs' response (Doc. 175), and Defendants' reply (Doc. 190).    The crux of Defendants' motion is that Plaintiffs' effort to use Dr. Cowan's survey to extrapolate damages is legally insufficient to prove damages.[1]   The Court agrees and granted Defendants' motion to strike the reports and opinion of Dr. Cowan (Doc. 208).   Defendants' Motion for Partial Summary Judgment as to Damages is therefore essentially moot.   Accordingly, it is

      **ORDERED** that Defendants' Motion for Partial Summary Judgment is **DENIED as moot**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 19, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

    [1] Defendants concede that a genuine issue of material fact may exist with respect to damages for those witnesses who actually testify as to causation at trial.