UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD.,
a Florida limited partnership,
by and through its general partner,
WESTGATE RESORTS, INC.,
a Florida corporation, et al.,

       Plaintiffs,

v.                                  CASE NO. 6:18-cv-01088-GAP-DCI

TET & ASSOCIATES, LLC,
d/b/a TIMESHARE EXIT TEAM, et al.,

       Defendants.
_____/

**DEFENDANT TET & ASSOCIATES, LLC'S UNOPPOSED MOTION TO EXCUSE
COUNSEL AMY BAKER FROM PRE-TRIAL CONFERENCE**

      Defendants TET & Associates, LLC d/b/a Timeshare Exit Team, Brandon Reed, Trevor

Hein and Thomas Parenteau (collectively, "TET"), file this Unopposed Motion to Excuse Counsel

Amy Baker from Pre-Trial Conference, and respectfully state in support the following:

**I.**      **INTRODUCTION**

      The pre-trial conference is currently scheduled to take place on December 15, 2020 at 10

a.m.  (D.E. 226, Order Rescheduling Hearing from the previously set date of December 21, 2020

to December 15, 2020).  Just prior to the issuance of this Court's order rescheduling the pre-trial

conference, the Honorable Robin Rosenberg in the Southern District of Florida issued an order

reserving December 14 and 15, 2020 for hearings on pending motions to dismiss in the matter of

*In Re Zantac*, Case No. 9:20-md-02924. (D.E. 2262 in Case No. 9:20-md-02924). Judge

Rosenberg subsequently issued an order setting the start time for the December 14 and 15 hearings

at 10:00 a.m. (D.E. 2357; Case No. 9:20-md-02924). The Undersigned is lead counsel (and the only counsel of record) for a defendant in that matter and therefore is scheduled to attend the December 14 and 15, 2020 hearings which conflict with the pre-trial conference in this matter.

Defendant TET is represented by lead counsel, John Benford, Esq., who will attend the pre-trial conference on December 15, 2020.  Thus, the Undersigned respectfully requests to be excused from attendance at the pre-trial conference.  Plaintiffs are unopposed to this request.

## II.   <u>MEMORANDUM OF LAW</u>

The Court's original Case Management Order directs lead counsel and local counsel for each party to attend the pre-trial conference in person unless previously excused by the Court. (D.E. 55 at 11).  While the Undersigned is not lead counsel, in an abundance of caution the Undersigned seeks to be excused from the pre-trial conference in compliance with the Court's order.  Rule 16 provides that a represented party "must authorize at least one of its attorneys to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at a pretrial conference." Fed. R. Civ. P. 16(c)(1).  Rule 16 further provides, as to a pre-trial conference, that it "must be attended by at least one attorney who will conduct the trial for each party." Fed. R. Civ. P. 16(e).

As noted above, TET has authorized its lead counsel John Benford to attend the pre-trial conference on its behalf.  Mr. Benford, as lead trial counsel, will attend the pre-trial conference as contemplated by Rule 16(c) and (e).  Thus, TET respectfully requests that the Undersigned's appearance at the pre-trial conference be excused in light of the Undersigned's conflicting hearing in the Southern District of Florida.

### III. CONCLUSION

For the foregoing reasons, TET respectfully requests that the Court excuse the Undersigned counsel, Amy Baker, from attendance at the December 15, 2020 pre-trial conference.

### GOOD FAITH CERTIFICATION

Pursuant to Local Rule 3.01(g), the Undersigned conferred with Plaintiffs' counsel Brian Cummings, Esq. regarding the relief sought in this motion, and that Plaintiffs are unopposed to the relief sought.

Respectfully submitted this 14th day of December, 2020.

/s/   Amy L. Baker
John Y. Benford, Esquire
Florida Bar No. 51950
E-mail: john.benford@wilsonelser.com
E-mail: alyssa.heitman@wilsonelser.com
Amy L. Baker, Esquire
Florida Bar No. 86912
E-mail: amy.baker@wilsonelser.com
E-mail: cristina.popan@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 203-7599
Facsimile: (407) 648-1376
Attorneys for Defendants
TET & Associates, LLC,
Brandon Reed, Trevor Hein,
and Thomas Parenteau

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2020, the foregoing document was filed with the Clerk of Court using the CM/ECF system and that all counsel of record received an electronic copy.

/s/ Amy L. Baker

Amy L. Baker, Esquire