# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

    Plaintiffs,

v.                                                Case No:   6:18-cv-1088-GAP-DCI

REED HEIN & ASSOCIATES, LLC, et al.,

    Defendants.

## ORDER

Upon consideration of Plaintiffs' Response (Doc. 306) to the Court's show cause order (Doc. 295), it is

**ORDERED** that the show cause order (Doc. 295) is hereby **DISCHARGED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 29, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party