# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

      Plaintiffs,

v.                                          Case No:   6:18-cv-1088-GAP-DCI

REED HEIN & ASSOCIATES, LLC, et al.,

      Defendants.

## COURT'S RULING ON DEPOSITION DESIGNATIONS FOR TRIAL

Upon review of the transcript of the video deposition of Scott Vires on February 12, 2020, the Court rules on the objections to certain deposition designations as follows:

| Objections at Page | Ruling |
| --- | --- |
|  |  |
| 22, 23, 29, 30, 31, 34, 35, 37, 38, 43, 44, 49, 52, 76, 79, 80, 81, 94, 95, 99, 107, 108, 109, 110, 111, 112, 113, 114, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 141, 142, 143, 144 | Overruled |

| 115 | Sustained |
|-----|-----------|

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 22, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record, Unrepresented Party