UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., a Florida limited partnership, by and through its general partner WESTGATE RESORTS, INC., a Florida corporation, *et al.*,

        Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,

        Defendants.

_____/

CASE NO.: 6:18-cv-01088-GAP-DCI

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09, Plaintiffs Westgate Resorts, Ltd., *et al.* and Defendants, Reed Hein & Associates, LLC, Brandon Reed, Trevor Hein, and Thomas Parenteau hereby notify the Court that a settlement in principle has been reached, and respectfully request that the Court refrain from dismissing the case until the settlement is fully consummated.

Respectfully submitted this 8th day of July, 2021.

| | |
|---|---|
| GREENSPOON MARDER LLP<br><br>*/s/ Brian R. Cummings*<br>Richard W. Epstein<br>Florida Bar No. 229091<br>Michael E. Marder<br>Florida Bar No. 251887<br>Jeffrey A. Backman<br>Florida Bar No. 662501<br>Brian R. Cummings<br>Florida Bar No. 25854<br>201 East Pine St, Suite 500<br>Orlando, Florida 32801<br>Telephone: (407) 425-6559<br>Facsimile: (407) 209-3152<br>Richard.Epstein@gmlaw.com<br>Jeffrey.Backman@gmlaw.com<br>Khia.Joseph@gmlaw.com<br>Maria.Salgado@gmlaw.com<br>Michael.Marder@gmlaw.com<br>Trisha.Snyder@gmlaw.com<br>Brian.Cummings@gmlaw.com<br>Moneka.Simpson@gmlaw.com<br><br>*Counsel for Plaintiffs* | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br><br>*/s/ John Y. Benford*<br>John Y. Benford<br>Florida Bar No. 51950<br>Amy L. Baker<br>Florida Bar No. 86912<br>111 N. Orange Ave. Ste. 1200<br>Orlando, FL 32801-2361<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441<br>john.benford@wilsonelser.com<br>amy.baker@wilsonelser.com<br><br>*Counsel for Defendant Defendants & Associates, LLC, Brandon Reed, Trevor Hein and Thomas Parenteau* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 8th day of July, 2021.

*/s/ Brian R. Cummings*
Brian R. Cummings