# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WESTGATE RESORTS, LTD., et al.,

    Plaintiffs,

v.                                                              Case No:   6:18-cv-1088-GAP-DCI

REED HEIN & ASSOCIATES, LLC, et al.,

    Defendants.

## ORDER

This cause is before the Court on the Notice of Settlement filed July 8, 2021 (Doc. 427).   The Court notes the settlement is "in principle."   Upon consideration, it is

**ORDERED** that the trial in this case is continued until further order, pending full consummation of the settlement.   It is further

**ORDERED** that the parties shall file a notice of full settlement and stipulation of dismissal of this case by August 9, 2021, otherwise the trial will be reset without further notice to begin September 14, 2021.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:   Counsel of Record, Unrepresented Party