IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD., a Florida limited partnership, by and through its general partner WESTGATE RESORTS, INC., a Florida corporation, *et al.*,

        Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,

        Defendants.
_____/

Case No. 6:18-cv-01088-GAP-DCI

**PLAINTIFFS AND DEFENDANTS, REED HEIN & ASSOCIATES, LLC D/B/A TIMESHARE EXIT TEAM, BRANDON REED, TREVOR HEIN, AND THOMAS PARENTEAU JOINT MOTION AND STIPULATION FOR ENTRY OF FINAL PERMANENT INJUNCTION**

Plaintiffs, Westgate Resorts, LTD., *etc., et al.,* (collectively, "Westgate") and Defendants, Reed Hein & Associates, LLC d/b/a Timeshare Exit Team, Brandon Reed, Trevor Hein, and Thomas Parenteau (collectively, the "TET Defendants") (Westgate and TET Defendants, together, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate as follows:

1. The Parties have reached a confidential settlement agreement between them to resolve the claims between them in this litigation.

2. Pursuant to that confidential settlement agreement, the Parties jointly stipulate and agree that the Court should enter the final permanent

injunction order attached to this Stipulation as **Exhibit "A,"** retaining jurisdiction as to its enforcement.

3. Upon the entry of such final permanent injunction and final payment pursuant to the Parties' agreement, the Parties will thereafter jointly stipulate to the dismissal <u>with prejudice</u> of any and all remaining claims and requests for relief asserted against the TET Defendants.

Dated: July 9th, 2021.

| GREENSPOON MARDER LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|---|---|
| <u>/s/ Richard W. Epstein</u><br>Richard W. Epstein<br>Florida Bar No. 229091<br>Michael E. Marder<br>Florida Bar No. 251887<br>Jeffrey A. Backman<br>Florida Bar No. 662501<br>Brian R. Cummings<br>Florida Bar No. 25854<br>201 East Pine St, Suite 500<br>Orlando, Florida 32801<br>Telephone:  (407) 425-6559<br>Facsimile:  (407) 209-3152<br>Richard.Epstein@gmlaw.com<br>Jeffrey.Backman@gmlaw.com<br>Khia.Joseph@gmlaw.com<br>Maria.Salgado@gmlaw.com<br>Michael.Marder@gmlaw.com<br>Trisha.Snyder@gmlaw.com<br>Brian.Cummings@gmlaw.com<br>Moneka.Simpson@gmlaw.com<br><br>*Counsel for Plaintiffs* | <u>/s/ John Y. Benford</u><br>John Y. Benford<br>Florida Bar No. 51950<br>Amy L. Baker<br>Florida Bar No. 86912<br>111 N. Orange Ave. Ste. 1200<br>Orlando, FL 32801-2361<br>Telephone:  (407) 246-8440<br>Facsimile:  (407) 246-8441<br>john.benford@wilsonelser.com<br>amy.baker@wilsonelser.com<br><br>*Counsel for Defendant Defendants & Associates, LLC, Brandon Reed, Trevor Hein and Thomas Parenteau* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 9th day of July, 2021.

*/s/ Brian R. Cummings*
Brian R. Cummings
