# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WESTGATE RESORTS, LTD.,
et al,

        Plaintiffs,

v.                                                                    Case No:   6:18-cv-1088-GAP-DCI

REED HEIN & ASSOCIATES,
LLC, et al.,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Full Settlement and Joint Stipulation of Dismissal With Prejudice (Doc. 439), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 10, 2021.

                                            GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties